**EXHIBIT "A"**

# DECLARATION OF CHELSI HENDRIX

I, Chelsi Hendrix, hereby declare:

1. I am a Plaintiff in the action entitled *Hendrix v. Handel's Enterprises, LLC*. I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2. I currently reside in Sacramento, California, located in the County of Sacramento.

3. On multiple instances in 2024, I purchased different varieties of ice cream from Defendant's stores, including the Rancho Cordova store.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on __05/20/2025__ at Sacramento, California.

_____
Chelsi Hendrix

VENUE DECLARATION